**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT C.J. TUTTLE,

    Plaintiff,

v.                                                         Case No. 10-11221

TERRI LYNN LAND and MICHAEL FILDEY,

    Defendants.
                                    /

**JUDGMENT**

In accordance with the May 27, 2010 "Opinion and Order Granting Defendants' Motion to Dismiss,"

IT IS ORDERED AND ADJUDGED that Counts I and III of Plaintiff's Complaint are DISMISSED WITH PREJUDICE, and that Count II of Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. Dated at Detroit, Michigan, this 27th day of May, 2010.

                                                  DAVID WEAVER
                                                  CLERK OF THE COURT

                                                  BY:<u>s/Lisa Wagner</u>
                                                  Lisa Wagner
                                                  Deputy Clerk and Case Manager to
                                                  Judge Robert H. Cleland